Affirmed and Memorandum Opinion filed October 16, 2008








Affirmed
and Memorandum Opinion filed October 16, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00150-CR

NO. 14-08-00152-CR

____________

 

ANGEL DAVID DELACRUZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 232nd District
Court

Harris County, Texas

Trial Court Cause Nos.
963,294 & 963,296

 



 

M E M O R A N D U M   O P I N I O N

A jury
found appellant guilty on two charges of aggravated sexual assault of a child. 
On May 4, 2004, appellant was sentenced to confinement for fifty years in the
Institutional Division of the Texas Department of Criminal Justice.  This Court
affirmed appellant=s convictions.  See Delacruz v. State, Nos.
14-04-00475-CR & 14-04-00476-CR (Tex. App.CHouston [14th Dist.] July 26, 2005,
no pet.) (not designated for publication). 








These
appeals are from an order signed January 23, 2008, denying appellant=s request for post-conviction DNA
testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure.  Based
upon affidavits filed by the State, the trial court found that appellant had
failed to demonstrate that any biological evidence exists and is in sa
condition making DNA testing possible.  See Tex. Code Crim. Proc. Ann. art. 64.03(a)(1)(A) (Vernon Supp.
2007).

Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit.  The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), by presenting a professional evaluation of the record and
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807, 811-12 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this date, more
than sixty days has elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  See Bledsoe v. State, 178 S.W.3d
824, 827-28 (Tex. Crim. App. 2005).  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.  

Accordingly,
the judgments of the trial court are affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed October
16, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.  

Do Not Publish C Tex. R. App. P.
47.2(b).